# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE R. GITELMAN, | : |
|       Plaintiff, | : Civil Action No. 2:21-cv-1696 |
| v. | : |
| DAWNE WILKINSON, THE TRAVELERS COMPANIES, INC. and GEICO CASUALTY COMPANY, | : |
|       Defendants. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Corey A. Bauer, Esquire and the law firm of Houston Harbaugh, P.C. as counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer in the above matter.

Respectfully submitted,

HOUSTON HARBAUGH, P.C.

By:*/s/ Corey A. Bauer*
Corey A. Bauer, Esq.
PA I.D. No. 324632
Alan S. Miller, Esq.
PA I.D. No. 36757
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222
Telephone: 412-281-5060
Fax: 412-281-4499
milleras@hh-law.com
bauerca@hh-law.com
*(Counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer)*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the within **NOTICE OF APPEARANCE** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 10TH day of January 2022, via electronic service through the ECF system and/or email and U.S. Mail as follows:

<u>**Via email**</u>
Leslie R. Gitelman
2620 Quail Hill Drive
Pittsburgh, PA 15241
LRGITELMAN@AOL.COM
*(Counsel for Plaintiff)*

<u>**Via ECF System**</u>
Joseph A. Hudock, Jr., Esquire
Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.
707 Grant Street, 24th Floor
Pittsburgh, PA 15219
jhudock@summersmcdonnell.com
*(Counsel for GEICO Casualty Company)*

<u>**Via U.S. Mail**</u>
Dawne Wilkinson
1526 Redfern Drive
Pittsburgh, PA 15241

HOUSTON HARBAUGH, P.C.

By:*/s/ Corey A. Bauer*
Corey A. Bauer, Esq.
PA I.D. No. 324632
Alan S. Miller, Esq.
PA I.D. No. 36757
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222
Telephone: 412-281-5060
Fax: 412-281-4499
milleras@hh-law.com
bauerca@hh-law.com
*(Counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer)*