# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE R. GITELMAN, | Civil Action No. 2:21-cv-1696 |
| Plaintiff, | |
| v. | |
| DAWNE WILKINSON, THE TRAVELERS COMPANIES, INC. and GEICO CASUALTY COMPANY, | |
| Defendants. | |

## DISCLOSURE STATEMENT OF DEFENDANT THE TRAVELERS COMPANIES, INC.

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer certifies the following are parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public:

The Travelers Companies, Inc. is a publicly traded Minnesota corporation with its principal place of business located at 485 Lexington Avenue, New York, New York, 10017. No individual or entity owns more than 10% of the stock of The Travelers Companies, Inc.

Respectfully submitted,

HOUSTON HARBAUGH, P.C.

By:/s/ *Alan S. Miller*
Alan S. Miller, Esq.
PA I.D. No. 36757
Corey A. Bauer, Esq.
PA I.D. No. 324632
Three Gateway Center, 22nd Floor
401 Liberty Avenue

Pittsburgh, PA 15222  
Telephone: 412-281-5060  
Fax: 412-281-4499  
milleras@hh-law.com  
bauerca@hh-law.com  
*(Counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer)*

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the within **DISCLOSURE STATEMENT OF DEFENDANT THE TRAVELERS COMPANIES, INC.** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 10TH day of January 2022, via electronic service through the ECF system and/or email and U.S. Mail as follows:

**Via email**
Leslie R. Gitelman
2620 Quail Hill Drive
Pittsburgh, PA 15241
LRGITELMAN@AOL.COM
*(Counsel for Plaintiff)*

**Via U.S. Mail**
Dawne Wilkinson
1526 Redfern Drive
Pittsburgh, PA 15241

**Via ECF System**
Joseph A. Hudock, Jr., Esquire
Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.
707 Grant Street, 24th Floor
Pittsburgh, PA 15219
jhudock@summersmcdonnell.com
*(Counsel for GEICO Casualty Company)*

HOUSTON HARBAUGH, P.C.

By:/s/ *Alan S. Miller*
Alan S. Miller, Esq.
PA I.D. No. 36757
Corey A. Bauer, Esq.
PA I.D. No. 324632
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222
Telephone: 412-281-5060
Fax: 412-281-4499
milleras@hh-law.com
bauerca@hh-law.com
*(Counsel for Defendants The Travelers Companies, Inc. and Alan D. Schnitzer)*