IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leslie R. Gitelman, | ) | Civil Action No.: 2:21-cv-1696 |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL OF** |
| | ) | **ALAN D. SCHNITZER AS** |
| Dawne Wilkinson; The Travelers | ) | **A DEFENDANT** |
| Companies Inc.; and GEICO Casualty | ) | |
| Company. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### NOTICE OF DISMISSAL OF ALAN D. SCHNITZER AS A DEFENDANT

I, Leslie R. Gitelman, on my own behalf and representing myself pro se, hereby give notice of the dismissal of Alan D. Schnitzer ("Schnitzer"), a natural person and Chairman and Chief Executive Officer of The Travelers Companies, Inc. ("Travelers"), as a defendant in this civil action. Schnitzer's dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is made without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B) (the "Schnitzer Dismissal").  The Schnitzer Dismissal applies only to Schnitzer and leaves Travelers as one of the remaining defendants in this civil action.

Respectfully submitted,

*Leslie R. Gitelman*

Leslie R. Gitelman
Pro Se Plaintiff

## **CERTIFICATE OF SERVICE**

I, Leslie R. Gitelman, Esquire, do hereby certify that a true and correct copy of the within **NOTICE OF DISMISSAL OF ALAN D. SCHNITZER AS A DEFENDANT** was served upon the following on the 19th day of January, 2022 via electronic filing using the District Court's Electronic Case Filing ("E.C.F.") System:

| DEFENDANT 1 | Email Address: |
|---|---|

Ms. Dawne Wilkinson, represented by:
Mark R. Lane, Esquire                                                                  mrl@dellmoser.com
Dell, Moser, Lane & Loughney, LLC
Two Chatham Center, Suite 1500
112 Washington Place
Pittsburgh, PA 15219
(Counsel for Dawne Wilkinson)

DEFENDANT 2

The Travelers Companies, Inc., represented by:
Alan S. Miller, Esq.                                                                       milleras@hh-law.com
Corey A. Bauer, Esq.                                                                    bauerca@hh-law.com
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(Counsel for Defendants The Travelers Companies, Inc.
and Alan D. Schnitzer)

DEFENDANT 3

GEICO Casualty Company, represented by:
Joseph A. Hudock, Jr., Esq.                                          jhudock@summersmcdonnell.com
Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.
707 Grant Street, 24th Floor
Pittsburgh, PA 15219
(Counsel for GEICO Casualty Company)

with timely transmission of a complete copy of the same via electronic service to the email address which appears above for each individual. This document is available for viewing and downloading from the District Court's E.C.F. System.

*Leslie R. Gitelman*

**LESLIE R. GITELMAN**
**Pro Se Plaintiff**
2620 Quail Hill Drive
Pittsburgh, PA 15241
Telephone: 412-833-4924
Email: LRGITELMAN@AOL.COM
PA BAR ID: 61682, Status: Retired