IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leslie R. Gitelman, | ) | Civil Action No.: 2:21-cv-1696 |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | William S. Stickman IV, District Judge |
| | ) | |
| Dawne Wilkinson; The Travelers Companies Inc.; and GEICO Casualty Company. | ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(i)

I, Leslie R. Gitelman, on my own behalf and representing myself pro se, hereby make and file this notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) (the "Notice of Dismissal"). In my status as *pro se* Plaintiff and with this Notice of Dismissal, I hereby give notice that the above-styled civil action is voluntarily dismissed against the Defendants.

Date: June 16, 2022

Respectfully submitted,

*Leslie R. Gitelman*

Leslie R. Gitelman

1

## **CERTIFICATE OF SERVICE**

I, Leslie R. Gitelman, Esquire, do hereby certify that a true and correct copy of the within **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** was served upon the following on the 16th day of June, 2022 via electronic filing using the District Court's Electronic Case Filing ("E.C.F.") System:

| | Email Address: |
|---|---|
| DEFENDANT 1<br>Ms. Dawne Wilkinson, represented by:<br>Mark R. Lane, Esquire<br>Dell, Moser, Lane & Loughney, LLC<br>Two Chatham Center, Suite 1500<br>112 Washington Place<br>Pittsburgh, PA 15219<br>(Counsel for Dawne Wilkinson) | mrl@dellmoser.com |
| DEFENDANT 2<br>The Travelers Companies, Inc., represented by:<br>Alan S. Miller, Esq.<br>Corey A. Bauer, Esq.<br>Houston Harbaugh, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 22nd Floor<br>Pittsburgh, PA 15222<br>(Counsel for The Travelers Companies, Inc.) | milleras@hh-law.com<br>bauerca@hh-law.com |
| DEFENDANT 3<br>GEICO Casualty Company, represented by:<br>Joseph A. Hudock, Jr., Esq.<br>Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.<br>707 Grant Street, 24th Floor<br>Pittsburgh, PA 15219<br>(Counsel for GEICO Casualty Company) | jhudock@summersmcdonnell.com |

with timely transmission of a complete copy of the same via electronic service to the email address which appears above for each individual. This document is available for viewing and downloading from the District Court's E.C.F. System.

*Leslie R. Gitelman*

**LESLIE R. GITELMAN**
**Pro Se Plaintiff**
2620 Quail Hill Drive
Pittsburgh, PA 15241
Telephone: 412-833-4924
Email: LRGITELMAN@AOL.COM
PA BAR ID: 61682, Status: Retired